STATE OF MAINE

OXFORD, SS.

SUPERIOR COURT
LOCATION: SO. PARIS
DOCKET NO. AP-99-13
SLP-OXF-1/31/2000

RECEIVED AND FILED

JAN 3 1 2000

Donna L. Howe
CLERK OF COURTS

HEATHER (HOLMES) TARGETT,

    Plaintiff/Appellant

    v.

SCOTT HOLMES,

    Defendant/Appellee

ORDER

This matter is before the court on appeal from a May 20, 1999 Order of the District Court as modified by a final Order dated June 15, 1999 on post-divorce judgment motions filed by the respective parties. The primary issue on appeal is whether the District Court committed error of law or abused its discretion in concluding that a deviation from the child support guidelines was justified and reasonable.

Having reviewed the record on appeal and having considered the memoranda and arguments of the parties, this court is satisfied that the written findings of the District Court sufficiently support its determination of a downward deviation of the defendant's support obligation. The amount of the deviation was appropriate and reasonable under the circumstances of this case and was within the broad discretionary powers of the trial court.

Therefore, the entry is

Judgment of the Maine District Court is affirmed.

Appeal denied.

DONALD L. GARBRECHT
LAW LIBRARY

MAY 4 2000

The Clerk is directed to enter this order on the docket by reference in accordance with Rule 79 M.R. Civ. P.

DATED:     January 28, 2000

Stephen L. Perkins
Superior Court Justice
Active Retired